**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JAN -4  PM 3: 13

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

Christopher Young                          *

5856 East Boniwood Turn

Clinton, MD 20735                          *

_(Full name and address of the plaintiff)_
**Plaintiff(s)**

vs.                                        *        Civil No.: **RWT 16 CV 0010**

_(Leave blank.  To be filled in by Court.)_

Cristal Crispen                            *

6801 Cherryfield Rd                        *

Fort Washington, MD

_____           *

_____

_(Full name and address of the defendant(s))_
**Defendant(s)**                           *

                                    ******

**COMPLAINT**

1.    Jurisdiction in this case is based on:

☐    Diversity (none of the defendants are residents of the state where plaintiff is a
      resident)

☐    Federal question (suit is based upon a federal statute or provision of the United
      States Constitution)

☐    Other (explain) _____

      _____

      _____

Complaint (Rev. 12/2000)                        1

2.   The facts of this case are:

She said Someone was going to bust my head, at Court, Out Loud. I have proof that alot of people, including her, harass me on twitter. She's a Liar, She's a real stalker. The kind that does crazy stuff. She got me fired from my Job. They didn't investigate, she's the reason I was on probation for 3 years. She got me violated when I tried to file a lawsuit on her, They took me off of probation.

3.    The relief I want the court to order is:

☐    Damages in the amount of: _____ $ 15,000 _____

☐    An injunction ordering: _____

_____

☐    Other (explain) _____

_____

1-4-16
_____
(Date)

_Christopher Young_
_____
(Signature)

Christopher Young
5856 East Bonlwood
Turn    Clinton, MD
20735
_____
(Printed name, address and phone number of
Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev. 12/2000)                3